NEW JERSEY TURNPIKE EMPLOYEES' UNION, LOCAL 194 OF THE AMERICAN FEDERATION OF TECHNICAL ENGINEERS, AFL-CIO v. NEW JERSEY TURNPIKE AUTHORITY.

October 30, 1973. Petition for certification granted.

DOROTHY PAGE v. BARBRUCE REALTY COMPANY.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MALCOLM LEWIS.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK ANDRIANO.

October 30, 1973. Petition for certification denied.

JAMES M. CARNEY v. CENTRAL N. Y. FREIGHTWAYS, INC.

October 30, 1973. Petition for certification denied.

TOWNSHIP OF HANOVER v.
THE INTERNATIONAL FIDELITY INSURANCE COMPANY.

October 30, 1973. Petition for certification denied.